**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00746

ELSADIG SAMI,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

---

**ORDER**

---

The Court hereby GRANTS the parties' stipulation (Doc. 5) for a one-week extension of time for Defendant to answer or otherwise respond to Plaintiff's complaint. Defendant shall answer or respond no later than June 22, 2015.

    SO ORDERED.

    Dated:  June 15, 2015

                                    BY THE COURT:

                                    s/*John L. Kane*
                                    SENIOR U.S. DISTRICT COURT JUDGE